USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY TRONCHIN,

                Plaintiff,

-against-

THE SHUBERT ORGANIZATION, INC. et al.,

                Defendants.

23-CV-10053 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    It is hereby ORDERED that the briefing schedule for Defendants' motion to dismiss (Dkt. No. 15) shall be as follows:

- Plaintiff's opposition due no later than **May 6, 2024**; and
- Defendants' reply due no later than **May 13, 2024**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

Dated: April 2, 2024
       New York, New York

                                        SO ORDERED.

                                        MARGARET M. GARNETT
                                        United States District Judge