

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Lauri F. Rasnick
t  212.351.4854
f  212.878.8600
LRasnick@ebglaw.com

September 3, 2024

**BY ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *Anthony Tronchin v. The Shubert Organization, Inc., et al.*
            23 Civ. 10053

Dear Judge Garnett:

    This firm represents defendants The Shubert Organization, Inc., Cathy Cozens, Michael Coco, and Kenneth Nuñez (collectively "Defendants") in the above-referenced action filed by *Pro Se* Plaintiff Anthony Tronchin. We write, pursuant to the Court's Order, dated August 2, 2024, to provide an overview of the status of mediation. Defendants requested Plaintiff's consent to this filing, so that this would be a joint submission on behalf of all parties. Plaintiff refused. As such, this overview is submitted on behalf of Defendants only.

    The parties have engaged in settlement discussions regarding this matter, including an all-day mediation session that was conducted by a court-appointed mediator. The parties were unable to reach agreement for the resolution of this matter and Defendants do not believe that further settlement discussions would be productive at this time.

    Thank you for your consideration of this matter.

                            Respectfully submitted,

                            */s/ Lauri F. Rasnick*

                            Lauri F. Rasnick